IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
: CASE NO. 1:10 CV 00724
THE LINCOLN ELECTRIC COMPANY, :
:
Plaintiff, : <u>JUDGMENT ENTRY</u>
:
-vs- :
:
:
MICHAEL P. MANAHAN, SR., et al, :
:
Defendants.
-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This Court, having contemporaneously entered its Memorandum of Opinion and Order granting the defendants' motions to dismiss, hereby enters judgment in favor of the defendants.

    IT IS SO ORDERED.

                                                      /s/ Lesley Wells
                                       UNITED STATES DISTRICT JUDGE

Date: 11 August 2011